# EXHIBIT 1

# SWORN DECLARATION OF SHIRLEY RAGASA

Shirley Ragasa declares as follows:

1. "The facts contained in this Declaration are within my personal knowledge and are true and correct. I am fully qualified to make this Declaration.

2. I am currently co-owner of Rehab Med-Care, LLC (Rehab Med-Care) alongside my partner Christine Lubos.

3. As shown in Rehab Med-Care's attached accurate and complete payroll journal, for 2019, Rehab Med-Care ("RMC") never employed more than 15 people in 2019, the year before or any given year and only had at most 5 employees. (See "Exhibit A").

4. The payroll journal is generated by the program Paychex and contains standard language from the template that is not applicable to Rehab.

5. Because they are autogenerated they include "100 staff" and an "employee" designation. However, we listed independent contractors under the same template label.

6. On Exhibit A, Rehab's only employees through 2019 are outlined in red.

7. In 2019 RMC had less than 5 hourly or salaried employees.

8. The remaining names in the 2019 payroll journal are independent contractors and can be identified by the "admissions/recent" and "visits" entries in their "Description" column.

9. Unlike the employees on the payroll who have "salary" or "hourly" in their description column, the Independent Contractors (IC) are paid per completed service at an agreed-upon rate.

10. IC's presence on the payroll journal in any given period just indicates that the IC reported their completed services sometime during that time period. It is not an indicator that the services were completed within that period.

11. The factors that determine each IC's rate are the type of service performed and what credentials the contractor has i.e. a registered nurse (RN), a licensed vocational/practical nurse (LVN/LPN), or a certified nurse assistant (CNA).

12. The hour column of each independent contractor shows the number and which type of completed services they reported, not the number of hours.

    a. "Visits" indicates the number of follow-up appointments completed.

    b. "Admission/ Recent" indicates the number of patient assessments completed by the independent contractors.

13. The figure shown in the "Rate" column shows the agreed-upon fee for the two different types of services, regardless of the duration of the visit.

14. Rehab Med Care is a licensed home health agency.

15. Clients in need of physician-ordered home health care are given a referral to licensed home health agencies like Rehab Med Care.

16. Once these patients are screened by Rehab, we send messages out to the ICs that work with RMC to see if any of them are interested.

17. It is first come first serve. If someone expresses interest we text them the referral, give the patient's address, history of the patient, send it to them, look at the demographic, and decide if they want the patient or not.

18. They can pick and choose who their patients are.

19. We release the patient information and referral to whichever IC claims the patient first and they have 48 hours to visit the patient to complete their intake.

20. During the initial assessment, the IC will create a plan of care. This includes identifying the other types of providers that RMC may need to send and the frequency that the patient needs to be visited.

21. RMC takes the patient referral and plan of care and communicates with the patient's insurance to get them approved for service.

22. If you look at the payroll summary, no one has more than 40 hours.

23. RMC screens IC's before they begin working together but RMC does not fire ICs.

24. IC's do not have a uniform or dress code, they wear their own scrubs in any color or style.

25. The only requirement is that they wear a nametag so the patient can identify their provider as the one we have notified them is being sent.

26. They provide their own transportation and equipment.

27. If the patient is more than 30 miles from our office we offer a $5 incentive per visit which appears in the payroll journal as "mileage reimbursement".

28. IC's contract with RMC is not an exclusive one,

29. All IC's work with other staffing agencies and nursing homes in addition to the work they complete with Rehab.

30. IC's do not have a commitment to complete a minimum number of visits to continue working with Rehab.

31. IC's all work less than 40 hours in any given week.

32. The income and work they receive from RMC are purely based on the availability of patients and how quickly they respond.

33. If I have a patient I cannot find someone to service, I call another agency and give them the demographic. If I can't I call the doctor.

34. In 2019, Rehab Med Care did not employ fifteen or more employees for each working day in each of twenty or more calendar weeks in 2019 or the preceding calendar year.

35.  We did not have the right to supervise or set the work schedules of these workers.

36.  We did not pay the workers a salary. Instead, they only got paid a fixed rate for each home visit they made. If they didn't make a visit in a particular week, they would not be paid anything for that week.

37. The workers did not get paid any benefits such as insurance, vacation, sick days, or medical leave.

38. I declare under penalty of perjury that the foregoing is true and correct."

Executed on March 15th of 2021.

                                                   *Shirley P Ragasa*
                                                  Shirley Ragasa